CEM

**FILED
NOVEMBER 8, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**07 C 6359**

**JUDGE HART
MAGISTRATE JUDGE COLE**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ROBERT S. HELD, | ) | |
|     Plaintiff, | ) | |
| | ) | 07 L 006280 |
| v. | ) | |
| | ) | |
| VILLAGE OF FLOSSMOOR, ILLINOIS, | ) | |
|     Defendant. | ) | |

### § 1441 NOTICE OF REMOVAL

TO:   Dorothy Brown
       Clerk of the Circuit Court of Cook County
       Attn: Law Division
       Richard J. Daley Center
       Room 801

     **PLEASE TAKE NOTICE** that on November 8, 2007, the undersigned filed with the with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Petition for Removal** of the above-captioned case to the jurisdiction of the that Court along with an Appearance, copies of which are attached and hereby served upon you.

                                                           _____
                                                            Attorney for Defendant,
                                                            Village of Flossmoor

**RICHARD T. RYAN # 26840
MARK F. SMOLENS
RYAN, SMOLENS & JONES
180 North LaSalle Street
Suite 2303
Chicago, IL 60601
(312) 372-3800**

## AFFIDAVIT OF SERVICE

TO:   Robert S. Held
        3142 Redwood Court
        Flossmoor, IL 60422

     I, the undersigned state that I served the above and foregoing **NOTICE OF REMOVAL** by mailing a true and correct copy thereof, addressed to the person to whom the said **notice** is directed to on this 8th day of November, 2007.

_____

SUBSCRIBED AND SWORN TO BEFORE ME
THIS __8th__ DAY OF _November_, 2007

_____
                Notary Public

**RICHARD T. RYAN # 26840**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, IL 60601**
**(312) 372-3800**