FILED
NOVEMBER 8, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. HELD,<br>    Plaintiff,<br><br>v.<br><br>VILLAGE OF FLOSSMOOR, ILLINOIS,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**07 C 6359**

**JUDGE HART**
**MAGISTRATE JUDGE COLE**

## CORRECTED NOTICE OF REMOVAL

TO:    The Judges of the United States District Court
        for the Northern District of Illinois,
        Eastern Division

NOW COMES your petitioner, the Village of Flossmoor, a municipal corporation, by its attorneys, Richard T. Ryan and Mark F. Smolens, Ryan, Smolens & Jones, and pursuant to the provisions of Title 28 U.S.C. §§ 1441 *et seq.*, respectfully petitions this Court as follows:

1.    Your petitioner, the Village of Flossmoor, a municipal corporation, is a defendant in a civil action brought in the Circuit Court of Cook County, Illinois, entitled <u>Robert Held v. Village of Flossmoor</u>, 07 L 6280 (a copy of the complaint filed by the plaintiff on June 19, 2007 is attached hereto as Exhibit A).

2.    The above-described action was commenced against the municipal defendant, Village of Flossmoor by service of process of a summons and the verified complaint upon the defendant on October 30, 2007 (a copy of the alias summons served on the municipal defendant is attached hereto as Exhibit B).

3. Counts II and III of the plaintiff's complaint purport to state claims pursuant to the provisions of Title 42 U.S.C. Section 1983, thereby giving this Court original jurisdiction over those claims pursuant to the provisions of Title 28 U.S.C. Sections 1331 and 1343(a) and making this matter subject to the removal jurisdiction of this Honorable Court pursuant to the provisions of Title 28 U.S.C. Sections 1441, 1443, and 1446.

4. As of the filing date of the instant petition for removal, the only pleading which has been filed in the underlying action to be removed, No. 07 L 6280, has been the above and foregoing verified complaint, and therefore, the instant notice of removal is timely as having been filed within thirty (30) days of the defendant having been served with process in the original case filed in the Circuit Court of Cook County.

5. Counsel for the defendant is advised that the Clerk of the Northern District of Illinois no longer accepts bonds in removal matters. In the event that information is no longer correct, the defendant will provide any bond necessary for removal of this cause of action to this Honorable Court.

WHEREFORE, the petitioner prays that the above action now pending in the Circuit Court of Cook County, Illinois, No. 07 L 6280 be removed to this Honorable Court for disposition.

/s/ Mark F. Smolens
Attorney for Defendant, Village of Flossmoor,
a municipal corporation

**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, IL 60601**
**(312) 372-3800**