CEM

**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6359**

**JUDGE HART**
**MAGISTRATE JUDGE COLE**

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| Robert S. Held, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Village of Flossmoor, Illinois, | ) |
| | ) |
|     Defendant. | ) |

### VERIFIED COMPLAINT

Plaintiff Robert S. Held (hereinafter "Held") is a resident of Flossmoor, Cook County, Illinois.

The Village of Flossmoor, Illinois (the "Village") is incorporated within the State of Illinois.

Jurisdiction and venue are proper in this Court.

As and for his Complaint against the Village, Held alleges as follows:

#### Allegations Common to All Counts

1. Held was approached by an officer (the "Officer") of the Flossmoor Police Department on June 8, 2007 while in the Village of Flossmoor.

2. In voluntary compliance and in response to the request by the Officer, Held provided identification to the Officer.

3. Held asked the officer on two occasions whether he was under arrest.



EXHIBIT A

1

4. In response to both requests, the Officer indicated that Held was not under arrest.

5. After Held acknowledged that he was "Robert Held" and after the Officer had twice indicated Held was not under arrest, Held attempted to leave the area.

6. The Officer pursued Held, shouted an expletive and that he was going to shoot Held with "50,000 volts" and without consent or privilege, by an overt act directed at Held, the Officer caused Held reasonably to believe that he would immediately suffer a battery and the Officer possessed the ability to carry out the battery. Thereafter, without commanding Held to stop, and without indicating Held was under arrest, shot at Held with a Taser.

7. On information and belief, the company that makes the Taser used by the Officer is currently named as a defendant in 44 lawsuits in which plaintiffs alleged either wrongful death or personal injury in situations in which the Taser device was used (or present).

8. On information and belief, the Village is aware of the danger of its Tasers, continues to use Tasers and fails to adequately train its officers on the danger of Tasers.

## Count 1 - Assault

9. Held realleges Counts 1 - 8 as paragraph 9 hereof.

10. The Officer's act described herein constituted an assault on Held.

11. As a direct and proximate result of the foregoing acts, Held suffered physical pain and suffering and emotional trauma and suffering.

## COUNT 2 – The Village of Flossmoor's 42 U.S.C. § 1983 Violation

12. Held realleges Counts 1 - 8 as paragraph 12 hereof.

13. The Village of Flossmoor caused Held to be subjected to 4th Amendment violations (illegal seizure and excessive force) because the Officer's actions were committed under color of law and, on information and belief, part of the customary practices of the Village of Flossmoor police department.

14. Such a 4th Amendment violation amounts to the Flossmoor Police Department's deliberate indifference to an obvious need for training of its officers, including the Officer. This failure to adequately train resulted in the Officer's actions that caused Held's harm.

### COUNT 3 - The Officer's § 1983 Violation

15. Held realleges Counts 1 - 8 as paragraph 15 hereof.

16. The Officer illegally used excessive and unreasonable force against Held in violation of Held's 4th Amendment right to be secure in his person.

17. The excessive use of force by the Officer and his apprehension of Held caused Held, an upstanding citizen of the United States, to suffer a violation of his 4th Amendment right to be secure in his person.

WHEREFORE, Plaintiff Held requests damages exceeding $30,000 including actual, compensatory and punitive damages, attorneys fees, costs and such other and further relief as this Honorable Court deems just.

Respectfully submitted,

Robert S. Held
pro se

Robert S. Held
3142 Redwood Court
Flossmoor, Illinois 60422
(708) 957-7710

3

## CERTIFICATION

Under penalty of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this above Answers to Interrogatories are true and correct except for those stated as made on information and belief.

By: _____
ROBERT S. HELD

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

**ROBERT S. HELD**

v.

**VILLAGE OF FLOSSMOOR, IL**
2800 Flossmoor Rd
Flossmoor, IL 60422

No. **2007 L 006280**

**ALIAS** SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- [x] Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602
- [ ] District 2 - Skokie, 5600 Old Orchard Rd., Skokie, IL 60077
- [ ] District 3 - Rolling Meadows, 2121 Euclid, Rolling Meadows, IL 60008
- [ ] District 4 - Maywood, 1500 Maybrook Ave., Maywood, IL 60153
- [ ] District 5 - Bridgeview, 10220 S. 76th Ave., Bridgeview, IL 60455
- [ ] District 6 - Markham, 16501 S. Kedzie Pkwy., Markham, IL 60426
- [ ] Child Support, 28 North Clark St., Room 200, Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: **99500**
Name: **Rob Held**
Atty. for: _____
Address: **3142 Redwood Ct.**
City/State/Zip: **Flossmoor, IL 60422**
Telephone: **708-957-7710**

WITNESS, **OCT 12 2007**

Clerk of Court

Date of service: **10/30/07**
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**EXHIBIT B**