**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT S. HELD, | ) | |
| | ) | No.   07 C 6359 |
| Plaintiff, | ) | |
| | ) | Judge Hart |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| VILLAGE OF FLOSSMOOR, a | ) | |
| a municipal corporation, | ) | <u>Jury</u> <u>Demanded</u> |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Mr. Robert Held
        3142 Redwood Court
        Flossmoor, IL 60422

   PLEASE TAKE NOTICE that January 9, 2008, the undersigned caused to be filed with the Clerk of the District Court for the Northern District of Illinois, **Defendant Village of Flossmoor's Answer**, which was electronically filed this date.

                                                            /s/Mark F. Smolens
                                                            Attorney for Defendants


## AFFIDAVIT OF SERVICE

   I, the undersigned, state that I caused a true and correct copy of the above-listed pleading to be electronically filed (and served by mail on the *pro se* plaintiff ) this 9th day of January, 2008

                                                            /s/Mark F. Smolens


**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, IL 60601**
**(312) 372-3800**