IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT S. HELD, | ) | |
| | ) | No.   07 C 6359 |
| Plaintiff, | ) | |
| | ) | Judge Hart |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| VILLAGE OF FLOSSMOOR, a | ) | |
| a municipal corporation, | ) | <u>Jury</u> <u>Demanded</u> |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Robert Held
      3142 Redwood Court
      Flossmoor, IL 60422

      PLEASE TAKE NOTICE that on January 16, 2008 at 11:00 a.m., the undersigned will present before the Honorable William T. Hart, Room 2243, 219 South Dearborn, Chicago, Illinois, **Defendant's Motion to Strike**, a true and correct copy of which was electronically filed this date.

      /s/ Mark F. Smolens
      Attorney for Defendants

**AFFIDAVIT OF SERVICE**

      I, the undersigned on oath state that I caused a true and correct copy of the above-listed motion to be electronically filed (and served by mail on the *pro se* plaintiff) this 9th day of January, 2008.

      /s/Mark F. Smolens

**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, Illinois 60601**
**(312) 372-3800**