## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Robert S. Held
                            Plaintiff,

v.                                                      Case No.: 1:07−cv−06359
                                                       Honorable William T. Hart

Village of Flossmoor, Illinois
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing held; plaintiff failed to appear in court. Defendant's motion to strike claim for punitive damages [9] is granted. Accordingly, plaintiff's prayer for punitive damages is stricken.Status hearing set for 1/23/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.