IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Robert S. Held,** | ) | |
| | ) | |
| vs | ) | Civil Action |
| | ) | **No. 07-cv-06359** |
| **Village of Flossmoor, Illinois,** | ) | |
| | ) | **Honorable William T. Hart** |
| | ) | |

**NOTICE OF FILING**

TO:   Mark F. Smolens, Esq.
      Ryan, Smolens & Jones
      180 North LaSalle Street
      Suite 2303
      Chicago, Illinois 60601

   PLEASE TAKE NOTICE that on the 30th day of April, 2008, we caused to be filed by electronic filing with the Office of the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern District, Chicago, Illinois, **the Appearance of Douglas A. Cipriano, on behalf of Plaintiff Robert S. Held,** a copy of which is hereby served upon you.

                              **ROBERT S. HELD**

                                /s/ Douglas A. Cipriano
                              One of His Attorneys


Date: April 30, 2008

Douglas A. Cipriano
Law Offices of Douglas A. Cipriano, P.C.
1730 Heather Hill Crescent
Flossmoor, Illinois 60422
708/922-0474
Attorney No. 6211419

## **CERTIFICATE OF SERVICE**

      I, Douglas A. Cipriano, an attorney, served a copy of the attached **Appearance of Douglas A. Cipriano, on behalf of Robert S. Held,** upon the counsel of record identified above and on the attached Service List, either by electronic mail or U.S. Mail, on this day, April 30, 2008

      /s/  Douglas A. Cipriano
      Douglas A. Cipriano

Attorney for Plaintiff Robert S. Held
Douglas A. Cipriano
Law Offices of Douglas A. Cipriano, P.C.
1730 Heather Hill Crescent
Flossmoor, Illinois 60422
708/922-0474
708/799-7353 (Facsimile)
Atty. No. 6211419