## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6359 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Held vs. Village of Flossmoor, Illinois | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Briefing schedule set on plaintiff's oral motion to dismiss this case without prejudice as follows: response due by 5/27/2008; reply due by 6/3/2008; rule by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|