Order Form (01/2005)

**United States District Court, Northern District of Illinois**

MHN

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6359 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Robert S. Held vs. Village of Flossmoor, Illinois | | |

**DOCKET ENTRY TEXT**

No response having been filed, plaintiff's oral motion to dismiss this case without prejudice is granted. This case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 26 PM 2: 52
FILED-FD